# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JEAN-PHILIPPE MAHEU

(List the full name(s) of the plaintiff(s)/petitioner(s).)

1:25-CV-00836 (GHW)

-against-

**NOTICE OF APPEAL**

TWITTER, INC., et al.

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties:

X Corp.

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☐ judgment ☒ order entered on: 6/23/2025

(date that judgment or order was entered on docket)

that: denied X Corp.'s motion to seal a copy of the arbitration award filed in this action (*see* Dkt. 28).

(If the appeal is from an order, provide a brief description above of the decision in the order.)

6/26/2025
Dated

Signature*

Trujillo-Jamison, Kenneth M.
Name (Last, First, MI)

707 Wilshire Blvd., Suite 4100    Los Angeles    California    90017
Address                           City           State         Zip Code

(213) 955-8031                    ktrujillo-jamison@willenken.com
Telephone Number                  E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

CLOSED,APPEAL,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:25−cv−00836−GHW

| | |
|---|---|
| Maheu v. Twitter, Inc. et al | Date Filed: 01/28/2025 |
| Assigned to: Judge Gregory H. Woods | Date Terminated: 02/12/2025 |
| Cause: 09:1 U.S. Arbitration Act | Jury Demand: None |
| | Nature of Suit: 896 Other Statutes: Arbitration |
| | Jurisdiction: Diversity |

**Petitioner**

**Jean−Philippe Maheu**   represented by   **Shannon Liss−Riordan**
Lichten & Liss−Riordan PC
729 Boylston St. Ste.2000
Boston, MA 02116
617−994−5800
Fax: 617−994−5801
Email: sliss@llrlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Twitter, Inc.**   represented by   **Kenneth Michael Trujillo−Jamison**
Willenken LLP
707 Wilshire Blvd, Suite 4100
Los Angeles, CA 90017
213−955−8031
Fax: 213−955−9250
Email: ktrujillo−jamison@willenken.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Michael Shimamoto**
Willenken LLP
707 Wilshire Blvd.
Ste 4100
Los Angeles, CA 90017
213−955−9240
Fax: 213−955−9250
Email: pshimamoto@willenken.com
*ATTORNEY TO BE NOTICED*

**Respondent**

**X Corp.**   represented by   **Kenneth Michael Trujillo−Jamison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Michael Shimamoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**

**The New York Times Company**   represented by   **Al−Amyn Shiraz Sumar**
The New York Times Company
1627 I Street NW
Suite 700
Washington, DC 20006

646−306−4201
Email: al−amyn.sumar@nytimes.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy Tai**
The New York Times Company
Legal Department
620 8th Ave
New York, NY 10018
212−556−1244
Email: timothy.tai@nytimes.com
*ATTORNEY TO BE NOTICED*

**Intervenor**

| | | |
|---|---|---|
| **Kate Conger** | represented by | **Al−Amyn Shiraz Sumar** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Timothy Tai** (See above for address) *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/28/2025 | 1 | PETITION TO CONFIRM ARBITRATION. (Filing Fee $ 405.00, Receipt Number ANYSDC−30529536).Document filed by Jean−Philippe Maheu. (Attachments: # 1 Exhibit Exhibit 1 − Arbitration Award, # 2 Exhibit Exhibit 2 − Dispute Resolution Agreement, # 3 Exhibit Exhibit 3 − Arbitrator Appointment).(Liss−Riordan, Shannon) (Entered: 01/28/2025) |
| 01/28/2025 | 2 | CIVIL COVER SHEET filed..(Liss−Riordan, Shannon) (Entered: 01/28/2025) |
| 01/28/2025 | 3 | MOTION to Seal *Arbitration Award*. Document filed by Jean−Philippe Maheu..(Liss−Riordan, Shannon) (Entered: 01/28/2025) |
| 01/28/2025 | 4 | MOTION to Confirm Arbitration . Document filed by Jean−Philippe Maheu. (Attachments: # 1 Supplement Memorandum of Law, # 2 Affidavit Affidavit of Shannon Liss−Riordan, # 3 Exhibit Exhibit 1 − Arbitration Award, # 4 Exhibit Exhibit 2 − Dispute Resolution Agreement, # 5 Exhibit Exhibit 3 − Arbitrator Appointment).(Liss−Riordan, Shannon) (Entered: 01/28/2025) |
| 01/28/2025 | 5 | ***SELECTED PARTIES***REDACTION to 3 MOTION to Seal *Arbitration Award*., 1 Petition to Compel/Confirm/Modify/Stay/Vacate Arbitration, by All Parties Motion or Order to File Under Seal: 3 .(Liss−Riordan, Shannon) (Entered: 01/28/2025) |
| 01/29/2025 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Gregory H. Woods. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf−related−instructions..(pc) (Entered: 01/29/2025) |
| 01/29/2025 | | Magistrate Judge Robert W. Lehrburger is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (pc) (Entered: 01/29/2025) |
| 01/29/2025 | | Case Designated ECF. (pc) (Entered: 01/29/2025) |

| | | |
|---|---|---|
| 01/29/2025 | | ***NOTICE TO ATTORNEY REGARDING CIVIL. CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Shannon Liss−Riordan. The following case opening statistical information was erroneously selected/entered: Citizenship Defendant code 2 (Citizen of Another State); County code New York;. The following correction(s) have been made to your case entry: the Citizenship Defendant code has been modified to 5 (Incorporated/Principal Place of Business−Other State); the County code has been modified to XX Out of State;. (pc) (Entered: 01/29/2025) |
| 01/29/2025 | 6 | ORDER: Accordingly, it is hereby ORDERED that Petitioner shall file and serve a statement pursuant to Local Civil Rule 56.1 and any additional materials with which he intends to support the petition, including any affidavits or declarations attesting that the exhibits to the petition are true and correct copies of what they purport to be, no later than February 12, 2025. Respondents' opposition is due by March 5, 2025. Petitioners reply, if any, is due by March 19, 2025. Petitioner is directed to serve the petition and supporting materials upon respondent by February 5, 2025 and to file an affidavit of such service with the Court by February 10, 2025. SO ORDERED. ( Replies due by 3/19/2025., Responses due by 3/5/2025) (Signed by Judge Gregory H. Woods on 1/29/2025) (sgz) (Entered: 01/29/2025) |
| 01/30/2025 | 7 | MEMO ENDORSEMENT denying without prejudice 3 Motion to Seal ENDORSEMENT Application denied without prejudice. Petitioner's motion to seal the arbitration award, Dkt. No. 5, is denied without prejudice. The arbitration award is a "judicial document," as it has been placed before the court by the parties and...is relevant to the performance of the judicial function and useful in the judicial process." Mirlis v. Greer, 952 F.3d 51, 59 (2d Cir. 2020) (quotation omitted). Accordingly, the arbitration award is subject to "a potent and fundamental presumptive right of public access." Id. at 58. A partys unelaborated "position" that the arbitration award should not be public," Dkt. No. 3, is not a basis to defeat that presumptive right of public access, see Mirlis, 952 F.3d at 59; see also DiRussa v. Dean Witter Reynolds Inc., 121 F.3d 818, 826 (2d Cir. 1997) ("The burden of demonstrating that a document submitted to a court should be sealed rests on the party seeking such action."). Nor is a partys unelaborated "understand[ing]" that another party believes that the arbitration award should not be public. Dkt. No. 3. Any renewed motion to seal must comply with Rule 4(A) of the Court's Individual Rules of Practice in Civil Cases, which requires, among other things, that a motion to seal "explain the particular reasons" for seeking to file a document, or information within a document, under seal. Petitioner is directed to file the arbitration award on the public docket on February 12, 2025, unless a motion to seal is submitted by any party before that date. Petitioner should not file the arbitration award on the public docket before February 12, 2025. Petitioner is directed to serve a copy of this order on Respondents by February 5, 2025 and to file an affidavit of such service with the Court by February 10, 2025. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 3. SO ORDERED.. (Signed by Judge Gregory H. Woods on 1/29/2025) (jca) (Entered: 01/30/2025) |
| 01/31/2025 | 8 | REQUEST FOR ISSUANCE OF SUMMONS as to Twitter, Inc., re: 1 Petition to Compel/Confirm/Modify/Stay/Vacate Arbitration,. Document filed by Jean−Philippe Maheu..(Liss−Riordan, Shannon) (Entered: 01/31/2025) |
| 01/31/2025 | 9 | REQUEST FOR ISSUANCE OF SUMMONS as to X Corp., re: 1 Petition to Compel/Confirm/Modify/Stay/Vacate Arbitration,. Document filed by Jean−Philippe Maheu..(Liss−Riordan, Shannon) (Entered: 01/31/2025) |
| 02/03/2025 | 10 | ELECTRONIC SUMMONS ISSUED as to X Corp...(pc) (Entered: 02/03/2025) |
| 02/03/2025 | 11 | ELECTRONIC SUMMONS ISSUED as to Twitter, Inc...(pc) (Entered: 02/03/2025) |
| 02/10/2025 | 12 | AFFIDAVIT OF SERVICE. Twitter, Inc. served on 2/4/2025, answer due 2/25/2025. Service was accepted by Vincenza Cipriano. Document filed by Jean−Philippe Maheu., AFFIDAVIT OF SERVICE of Summons, Petition to Confirm, Civil Cover Sheet, Motion to Seal, Motion to Confirm, Sealed Award, Court Orders served on Twitter, Inc. on 2/4/2025. Service was accepted by Vincenza Cipriano. Document filed by Jean−Philippe Maheu..(Liss−Riordan, Shannon) (Entered: 02/10/2025) |
| 02/10/2025 | 13 | AFFIDAVIT OF SERVICE. X Corp. served on 2/4/2025, answer due 2/25/2025. Service was accepted by Vincenza Cipriano. Document filed by Jean−Philippe Maheu., AFFIDAVIT OF SERVICE of Summons, Petition to Confirm, Civil Cover |

| | | |
|---|---|---|
| | | Sheet, Motion to Seal, Motion to Confirm, Sealed Award, Court Orders served on X Corp. on 2/4/2025. Service was accepted by Vincenza Cipriano. Document filed by Jean−Philippe Maheu..(Liss−Riordan, Shannon) (Entered: 02/10/2025) |
| 02/10/2025 | 14 | AFFIDAVIT OF SERVICE of Summons, Petition to Confirm, Civil Cover Sheet, Motion to Seal, Motion to Confirm, Sealed Award, Court Orders served on Twitter, Inc. and X Corp. on 2/4/2025. Service was accepted by Vincenza Cipriano. Document filed by Jean−Philippe Maheu..(Liss−Riordan, Shannon) (Entered: 02/10/2025) |
| 02/12/2025 | 15 | NOTICE OF VOLUNTARY DISMISSAL pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above−captioned action is voluntarily dismissed, against the defendant(s) All Parties. Document filed by Jean−Philippe Maheu. **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).**..(Liss−Riordan, Shannon) (Entered: 02/12/2025) |
| 02/12/2025 | 16 | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i):Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioner Jean−Philippe Maheu hereby gives notice that this action is voluntarily dismissed. Plaintiff has voluntarily dismissed this case pursuant to F.R.C.P. 41(a)(1)(A)(i). The Clerk of Court is directed to close this case. (Signed by Judge Gregory H. Woods on 2/12/2025) (rro) (Entered: 02/13/2025) |
| 02/21/2025 | 17 | LETTER MOTION for Leave to File Application to Unseal Judicial Documents addressed to Judge Gregory H. Woods from The New York Times Company, Kate Conger dated February 21, 2025. Document filed by The New York Times Company, Kate Conger..(Sumar, Al−Amyn) (Entered: 02/21/2025) |
| 02/22/2025 | 18 | ORDER: To that end, the deadline to submit a motion to seal in this case is extended to March 7, 2025. If no motion to seal is filed by that date, the Court will grant The Times's request for an order unsealing the Award. If a motion to seal is filed by that date, The Times may submit a reply. See Dkt. No. 17 at 4 n.5. The Times's reply, if any, is due one week after the date of service of any motion to seal. Petitioner is ordered to serve a copy of this order on Respondents by February 28, 2025 and to retain proof of service. SO ORDERED. (Motions due by 3/7/2025.) (Signed by Judge Gregory H. Woods on 2/22/2025) (mml) (Entered: 02/24/2025) |
| 02/28/2025 | 19 | AFFIDAVIT OF SERVICE of Letter Motion for Leave to File Application to Unseal Judicial Documents; Court Order Dated February 22, 2025 served on Twitter, Inc. on 2/25/2025. Service was accepted by Ingrid Lopez. Document filed by Jean−Philippe Maheu..(Liss−Riordan, Shannon) (Entered: 02/28/2025) |
| 02/28/2025 | 20 | AFFIDAVIT OF SERVICE of Letter Motion for Leave to File Application to Unseal Judicial Documents; Court Order Dated February 22, 2025 served on X Corp. on 2/25/2025. Service was accepted by Ingrid Lopez. Document filed by Jean−Philippe Maheu..(Liss−Riordan, Shannon) (Entered: 02/28/2025) |
| 02/28/2025 | 21 | NOTICE OF APPEARANCE by Peter Michael Shimamoto on behalf of Twitter, Inc., X Corp...(Shimamoto, Peter) (Entered: 02/28/2025) |
| 02/28/2025 | 22 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent X Holdings Corp. for Twitter, Inc., X Corp.. Document filed by Twitter, Inc., X Corp...(Shimamoto, Peter) (Entered: 02/28/2025) |
| 02/28/2025 | 23 | LETTER MOTION for Extension of Time to File *Motion to Seal* addressed to Judge Gregory H. Woods from Peter Shimamoto dated 2/28/2025. Document filed by Twitter, Inc., X Corp...(Shimamoto, Peter) (Entered: 02/28/2025) |
| 03/01/2025 | 24 | ORDER granting 23 Letter Motion for Extension of Time to File. Application granted. Respondents' request for an extension of time to file a motion to seal, Dkt. No. 23, is granted. The deadline for Respondents to submit a motion to seal is extended to March 21, 2025. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 23. SO ORDERED. (Signed by Judge Gregory H. Woods on 3/1/2025) (mml) (Entered: 03/03/2025) |
| 03/01/2025 | | Set/Reset Deadlines: Motions due by 3/21/2025. (mml) (Entered: 03/03/2025) |

| | | |
|---|---|---|
| 03/06/2025 | 25 | LETTER addressed to Judge Gregory H. Woods from Shannon Liss–Riordan dated March 6, 2025 re: New York Times Letter (Dkt. 17). Document filed by Jean–Philippe Maheu..(Liss–Riordan, Shannon) (Entered: 03/06/2025) |
| 03/21/2025 | 26 | MOTION for Kenneth M. Trujillo–Jamison to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30807732. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Twitter, Inc., X Corp.. (Attachments: # 1 Affidavit of Kenneth M. Trujillo–Jamison In Support of Motion to Admit Counsel Pro Hac Vice with Certificate of Good Standing, # 2 Proposed Order Granting Pro Hac Vice Admission).(Trujillo–Jamison, Kenneth) (Entered: 03/21/2025) |
| 03/21/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 26 MOTION for Kenneth M. Trujillo–Jamison to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30807732. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 03/21/2025) |
| 03/21/2025 | 27 | ORDER granting 26 Motion for Kenneth M. Trujillo–Jamison to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Gregory H. Woods)(Text Only Order) (va) (Entered: 03/21/2025) |
| 03/21/2025 | 28 | LETTER MOTION to Seal *Unredacted Version of Final Award* addressed to Judge Gregory H. Woods from Kenneth M. Trujillo–Jamison dated 3/21/2025. Document filed by Twitter, Inc., X Corp.. (Attachments: # 1 Exhibit REDACTED Final Arbitration Award).(Trujillo–Jamison, Kenneth) (Entered: 03/21/2025) |
| 03/21/2025 | 29 | ***EX–PARTE*** BRIEF re: 28 LETTER MOTION to Seal *Unredacted Version of Final Award* addressed to Judge Gregory H. Woods from Kenneth M. Trujillo–Jamison dated 3/21/2025. . Document filed by Twitter, Inc., X Corp.. (Attachments: # 1 Exhibit UNREDACTED Final Arbitration Award)Motion or Order to File Under Seal: 28 .(Trujillo–Jamison, Kenneth) (Entered: 03/21/2025) |
| 03/28/2025 | 30 | NOTICE OF APPEARANCE by Timothy Tai on behalf of Kate Conger, The New York Times Company..(Tai, Timothy) (Entered: 03/28/2025) |
| 03/28/2025 | 31 | LETTER REPLY to Response to Motion addressed to Judge Gregory H. Woods from The New York Times Company, Kate Conger dated March 28, 2025 re: 17 LETTER MOTION for Leave to File Application to Unseal Judicial Documents addressed to Judge Gregory H. Woods from The New York Times Company, Kate Conger dated February 21, 2025., 28 LETTER MOTION to Seal *Unredacted Version of Final Award* addressed to Judge Gregory H. Woods from Kenneth M. Trujillo–Jamison dated 3/21/2025. . Document filed by Kate Conger, The New York Times Company..(Tai, Timothy) (Entered: 03/28/2025) |
| 06/20/2025 | 32 | ORDER denying 28 Letter Motion to Seal. Respondents' motion to seal the Award is denied. Barring further order of the Court, the Clerk of Court is directed to modify the viewing level of Dkt. No. 5 and 28 to permit public access to those documents on June 26, 2025. The Clerk of Court is further directed to terminate the motion pending at Dkt. No. 28. (Signed by Judge Gregory H. Woods on 6/20/2025) (rro) (Entered: 06/23/2025) |
| 06/23/2025 | 33 | LETTER MOTION to Stay re: 32 Order on Motion to Seal, addressed to Judge Gregory H. Woods from Kenneth M. Trujillo–Jamison dated 6/23/2025. Document filed by Twitter, Inc., X Corp...(Trujillo–Jamison, Kenneth) (Entered: 06/23/2025) |
| 06/24/2025 | 34 | ORDER granting 33 Letter Motion to Stay. Application granted. The Clerk of Court is directed not to change the viewing level on the documents filed at Dkt. Nos. 5 and 28 until 28 days from the date of this order. The viewing level will not be changed if Respondents file a timely notice of appeal unless and until the Court orders otherwise. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 33. (Signed by Judge Gregory H. Woods on 6/24/2025) (sgz) (Entered: 06/24/2025) |
| 06/26/2025 | 35 | NOTICE OF APPEAL from 32 Order on Motion to Seal,. Document filed by Twitter, Inc., X Corp.. Filing fee $ 605.00, receipt number ANYSDC–31295860. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Trujillo–Jamison, Kenneth) (Entered: 06/26/2025) |

| 06/27/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 35 Notice of Appeal,..(nd) (Entered: 06/27/2025) |
|---|---|---|
| 06/27/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 35 Notice of Appeal, filed by Twitter, Inc., X Corp. were transmitted to the U.S. Court of Appeals..(nd) (Entered: 06/27/2025) |