# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Jean-Philippe Maheu v. Twitter, Inc., et al.    Docket No.: 25-1608

Lead Counsel of Record (name/firm) or Pro se Party (name): Kenneth M. Trujillo-Jamison | Willenken LLP

Appearance for (party/designation): Twitter, Inc. and X Corp.

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(☑) Correct
(☐) Incorrect.    See attached caption page with corrections.

**Appellate Designation** is:
(☑) Correct
(☐) Incorrect.    The following parties do not wish to participate in this appeal:
    Parties: _____
(☐) Incorrect.    Please change the following parties' designations:
    Party                                Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(☑) Correct
(☐) Incorrect or Incomplete.    As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _____
Firm: _____
Address: _____
Telephone: _____    Fax: _____
Email: _____

## RELATED CASES

(☑) This case has not been before this Court previously.
(☐) This case has been before this Court previously.    The short title, docket number, and citation are: _____

(☐) Matters related to this appeal or involving the same issue have been or presently are before this Court.    The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (☑) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that (☐) I applied for admission on _____ or renewal on _____.    If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Kenneth M. Trujillo-Jamison
Type or Print Name: Kenneth M. Trujillo-Jamison
        OR
Signature of pro se litigant: _____
Type or Print Name: _____
(☐) I am a pro se litigant who is not an attorney.
(☐) I am an incarcerated pro se litigant.