

707 Wilshire Blvd.
Suite 4100
Los Angeles, CA 90017

TEL 213.955.9240
FAX 213.955.9250

willenken.com

Kenneth M. Trujillo-Jamison
ktrujillo-jamison@willenken.com
213.955.8031

July 17, 2025

**By ECF**

Clerk of the Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

Re:   *Maheu v. Twitter, Inc.*
       Docket No. 25-1608

To the Clerk of the Court:

We represent appellants Twitter, Inc. and X Corp. (collectively, "Appellants") in the appeal referenced above. Under this Court's Local Rule 31.2(a)(1)(A), Appellants respectfully request that the Court set the deadline for their opening brief to be October 8, 2025, which is within 91 days after the date on which Appellants filed a certificate that no transcript will be ordered.

Thank you for your attention to this matter.

Respectfully,

Kenneth M. Trujillo-Jamison

KMT:KMT

cc:   Other counsel of record (via ECF)