UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of July, two thousand twenty-five,

_____

Jean-Philippe Maheu,

    Petitioner - Appellee,

v.

Twitter, Inc., X Corp.,

    Respondents - Appellants.

**ORDER**
Docket No. 25-1608

_____

Counsel for Appellant Twitter, Inc., X Corp. has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting October 8, 2025 as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before October 8, 2025. The appeal is dismissed effective October 8, 2025 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court