# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Maheu v. Twitter, Inc., et al.**                                    Docket No.: **25-1608**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **David E. McCraw**

Firm: **The New York Times Company Legal Department**

Address: **620 Eighth Ave., New York, NY 10018**

Telephone: **212-556-4031**                                    Fax: **212-556-4634**

E-mail: **mccraw@nytimes.com**

Appearance for: **Proposed Intervenor The New York Times Company**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☐ Additional counsel (co-counsel with: _____)
(name/firm)

☒ Amicus (in support of: **Proposed Intervenor The New York Times Company**)
(party/designation)

## CERTIFICATION

I certify that:

☒ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **Jan. 4, 2023**                                                                 OR

☐ I applied for admission on _____.

Signature of Counsel: *[signature: David E. McCraw]*

Type or Print Name: **David E. McCraw**