# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of September, two thousand twenty-five.

Before:  Sarah A. L. Merriam,
*Circuit Judge.*

---

Jean-Philippe Maheu,

    Petitioner - Appellee,

v.

Twitter, Inc., X Corp.,

    Respondents - Appellants.

---

**ORDER**

Docket No. 25-1608

The New York Times Company and Kate Conger move to intervene in this appeal.

IT IS HEREBY ORDERED that the motion is GRANTED. The New York Times Company and Conger shall be treated as intervenor-appellees in this matter, and shall file a scheduling notification pursuant to Local Rule 31.2(a)(1)(B) after the Appellant's brief is filed.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court