NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Maheu v. Twitter, Inc.          Docket No.: 25-1608

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Al-Amyn Sumar

Firm: The New York Times Company

Address: 620 8th Avenue, New York, NY 10018

Telephone: (212) 556-4031     Fax:

E-mail: al-amyn.sumar@nytimes.com

Appearance for: The New York Times Company and Kate Conger / Appellee-Intervenors
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: David McCraw / The New York Times Company )
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 7/10/2024 _____ OR

☐ I applied for admission on _____.

Signature of Counsel: /s/

Type or Print Name: Al-Amyn Sumar