

707 Wilshire Blvd.
Suite 4100
Los Angeles, CA 90017

TEL 213.955.9240
FAX 213.955.9250

willenken.com

November 12, 2025

**V**IA **ECF O**NLY

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10017

Re:  *Maheu v. Twitter, Inc.*, No. 25-1608
 Notice of Errata re: Respondent-Appellant X Corp.'s Unopposed
 Motion for Extension of Time to File Reply Brief (Dkt. 43.1)

Dear Ms. Wolfe:

I write to inform the Court that Respondent-Appellant X Corp.'s Unopposed Motion for Extension of Time to File Reply Brief (Dkt. 43.1) contains two inadvertent errors. On pages 1 and 2 of the motion, "January 12, 2026" should be "January 19, 2026."

If you have any questions about this letter, please feel free to contact me.

Respectfully,

*/s/ Kenneth M. Trujillo-Jamison*

Kenneth M. Trujillo-Jamison

KMT:KMT

